IN THE UNITED STATES DISTRICT COURT
DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Civil Action No.  8:04cv314 |
| v. | ) | |
| | ) | |
| ADALID NAVA-ARCOS, | ) | |
| aka Ernesto Nava-Peralta, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

## ORDER GRANTING PLAINTIFF'S MOTION FOR EXTENSION OF TIME TO FILE MOTION FOR SUMMARY JUDGMENT

After consideration of Plaintiff's Motion for Extension of Time to File Motion for Summary Judgment (#15), the Court orders the following:

It is **ORDERED** that Plaintiff's Motion for Extension of Time to File Motion for Summary Judgment (#15) is **GRANTED**.

Plaintiff is **GRANTED** until May 11, 2005, to file its Motion for Summary Judgment and supporting brief and documents.

DATED this 20th day of April, 2005.

BY THE COURT:

s / F.A. GOSSETT, III
United States Magistrate Judge

Order Granting Ext to File MSJ